No. 93–157. CLEARY *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 93–158. HILL *v.* DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.

No. 93–160. HAWKINS ET AL. *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–161. AMERICOM DISTRIBUTING CORP. *v.* ACS COMMUNICATIONS, INC. C. A. 5th Cir. Certiorari denied.

No. 93–162. SMITH *v.* SCOTT PAPER CO. Sup. Ct. Ala. Certiorari denied.

No. 93–163. SMITH *v.* CITY OF DEL MAR. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 93–164. GEOPHYSICAL SYSTEMS CORP. *v.* RAYTHEON CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–165. TALLEY, INDIVIDUALLY AND IN HIS CAPACITY AS CO-ADMINISTRATOR OF THE ESTATE OF TALLEY, DECEASED *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–166. KILIMNIK ET AL. *v.* STOUMBOS, TRUSTEE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–167. PHEILS *v.* CITY OF PERRYSBURG. Ct. App. Ohio, Wood County. Certiorari denied.

No. 93–168. THOMPSON *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 93–169. ROBINSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–170. EPPERLY ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–173. ELLIOTT *v.* ADMINISTRATOR, ANIMAL AND PLANT HEALTH INSPECTION SERVICE, UNITED STATES DEPARTMENT OF